## Richard Morgan, trading as Chicago Decorating Company, Appellee, v. Charles A. Roland, Appellant.

### Gen. No. 23,197.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. EDMUND K. JARECKI, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed November 30, 1917.

### Statement of the Case.

Action by Richard Morgan, trading as Chicago Decorating Company, plaintiff, against Charles A. Roland, defendant, to recover an amount claimed to be due for painting and paper hanging. From a judgment for plaintiff for $90, defendant appeals.

EARL J. WALKER, for appellant; A. R. MILLER, of counsel.

WILLIAM ARTHUR ANDERSON, for appellee; CHARLES GOODMAN, of counsel.

MR. JUSTICE TAYLOR delivered the opinion of the court.

### Abstract of the Decision.

FRAUDS, STATUTE OF, § 10*—*when evidence shows promise to be an original undertaking.* In an action to recover for services rendered and goods sold and delivered, evidence *held* sufficient to support a finding that defendant requested plaintiff to do the work, that the latter relied only upon defendant's promise and that such promise was an original and not a collateral undertaking of defendant.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.